IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00619-WDM-KMT

VIDEO PROFESSOR, INC.,

    Plaintiff,

v.

STRATEGIC BUSINESS COMMUNICATIONS, INC AND MARK DAVIDSON,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(I) seeking dismissal of this case upon certain terms.  Accordingly, this case is dismissed, with the claims against Strategic Business Communications, Inc. being dismissed without prejudice, and the claims against Mark Davidson being dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 5, 2009.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge